

# In The
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

_____

No. 06-13-00029-CV

_____

IN RE: NATIONAL INTERSTATE INSURANCE COMPANY

Original Mandamus Proceeding

Before Morriss, C.J., Carter and Moseley, JJ.
Memorandum Opinion by Chief Justice Morriss

# M E M O R A N D U M   O P I N I O N

National Interstate Insurance Company (National Interstate), Relator, filed a petition for writ of mandamus asking this Court to direct the 62nd Judicial District Court of Hopkins County to abate its order compelling discovery and to stay trial court proceedings pending a determination on National Interstate's motion to compel arbitration. On May 13, 2013, the trial court denied National Interstate's motion to compel arbitration.

The basis for National Interstate's petition for writ of mandamus has been resolved. Accordingly, we dismiss relator's petition as moot. *See* TEX. R. APP. P. 42.3.


Josh R. Morriss, III
Chief Justice

Date Submitted:     May 22, 2013
Date Decided:       May 23, 2013

2